U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| NORMA ZABORNEY f/k/a NORMA PUGH<br>v.<br>DEBT BUYERS, INC. d/b/a Freedom Capital | FILED: JUNE 9, 2008<br>08CV3335<br>JUDGE LEFKOW<br>MAGISTRATE JUDGE NOLAN<br>TG |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

NORMA ZABORNEY f/k/a NORMA PUGH, plaintiff

| NAME (Type or print) |
|---|
| Jonathan Nachsin |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Jonathan Nachsin |
| FIRM |
| JONATHAN NACHSIN, P.C. |
| STREET ADDRESS |
| 105 WEST ADAMS STREET, SUITE 3000 |
| CITY/STATE/ZIP |
| CHICAGO IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6191376 | (312) 327-1777 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐