IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORMA ZABORNEY f/k/a NORMA PUGH )<br><br>    Plaintiff,       )<br>v.                         )<br>                           )<br>DEBT BUYERS, INC. d/b/a    )<br>FREEDOM CAPITAL            )<br>                           )<br>    Defendants.            ) | COURT FILE NO. 08 CV 3335<br><br>Judge LEFKOW<br><br>Magistrate Judge NOLAN |

### RULE 68 OFFER OF JUDGMENT OF DEFENDANT
### DEBT BUYERS, INC. d/b/a FREEDOM CAPITAL

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant DEBT BUYERS, INC. d/b/a FREEDOM CAPITAL ("Defendant"), by and through their undersigned attorneys, hereby submits this Offer of Judgment ("Offer"), which offers to allow judgment to be taken against them and in favor of Plaintiff NORMA ZABORNEY f/k/a NORMA PUGH ("Plaintiff"), as follows:

1. Judgment shall be entered against Defendant in the amount of One Thousand and 00/100 Dollars ($1,000.00), plus reasonable attorney fees and costs incurred by Plaintiff arising from Plaintiff's claims against Defendant as alleged in Plaintiff's Complaint in the above captioned matter.

2. The judgment entered in accordance with this Offer is to be in total settlement of any and all claims by Plaintiff against Defendant and/or potential claims against Defendant that could be brought by Plaintiff in this matter.

3. Notwithstanding the foregoing Offer, Defendant denies any wrongdoing or violation of state or federal laws, but admits liability for the sole purposes of settlement and

resolution of Plaintiff's claims sought in the above-captioned matter as described more fully herein. If Defendant's Offer is accepted, Plaintiff agrees to dismiss and release all claims she has or could have brought in this action against Defendant, which arise from the transaction and form the base of Plaintiff's claims, including the facts set forth in Plaintiff's Complaint in this matter, including any claims for costs, attorney fees, statutory penalties, damages and interest against Defendant.

4.  If Plaintiff rejects this offer, pursuant to Rule 68, Defendant may seek to recover any additional costs and disbursements incurred in the defense of Plaintiff's claims, then accrued at the conclusion of this case, if applicable. Also, Plaintiff must pay Plaintiff's own costs and attorney fees incurred after making this Offer, as well as the costs of Defendant. *See Payne v. Milwaukee County*, 288 F.3d 1021, 1024 (7th Cir. 2002); *O'Brien v. City of Greers Ferry*, 873 F.2d 1115, 1120 (8th Cir. 1989); *Jordan v. Time, Inc.*, 111 F.3rd 102 (11th Cir. 1997).

Dated the 16th day of June, 2008

Respectfully submitted,

DEBT BUYERS, INC. d/b/a FREEDOM CAPITAL

By: Christopher R. Dunsing # 6291520
Attorney for Defendant
Messer & Stilp, Ltd. #36703
166 W. Washington, Suite 300
Chicago, IL 60602
(312) 334-FIRM (3476)
(312) 334-3404 (Fax)

2

CERTIFICATE OF SERVICE

I, Christopher R. Dunsing, hereby certify that on June 16, 2008, a copy of the foregoing document was served via Facsimile and First Class U.S. Postal Mail on the following recipients:

Attorney for Plaintiff
JONATHAN NACHSIN
JONATHAN NACHSIN, P.C.
105 W. Adams Street, Suite 3000
Chicago, IL 60603

Christopher R. Dunsing #6291520
Attorney for Defendant
Messer & Stilp, Ltd. #36703
166 W. Washington, Suite 300
Chicago, IL 60602
(312) 334-FIRM (3476)
(312) 334-3404 (Fax)

# JONATHAN NACHSIN, P.C.
105 WEST ADAMS STREET
SUITE 3000
CHICAGO, ILLINOIS 60603

JONATHAN NACHSIN
ATTORNEY

PHONE (312) 327-1777
FAX (312) 431-1456

VIA FAX (312-334-3404) AND U.S. MAIL

June 25, 2008

Christopher R. Dunsing
Messer & Stilp. Ltd.
166 West Washington Street
Suite 300
Chicago, IL 60602

Re: <u>Zaborney v. Debt Buyers, Inc. d/b/a Freedom Capital</u>, 08 C 3335 (N.D. IL.)

Dear Mr. Dunsing:

My client Norma Zaborney accepts your client's June 16, 2008 FRCP 68 offer of judgment in the amount of $1,000.00 plus reasonable attorney fees and costs.

Sincerely,

Jonathan Nachsin

```
** Transmit  Confirmation  Report **
P.1                                          Jun 25 2008 01:36pm
NOONAN & LIEBERMAN    Fax:312-431-1456
```

| Name/Fax No. | Mode   | Start       | Time  | Page | Result | Note |
|--------------|--------|-------------|-------|------|--------|------|
| 3343404      | Normal | 25,01:36pm  | 0'19" | 2    | # O K  |      |

# FAX COVER SHEET

Jonathan Nachsin, P.C.
105 West Adams Street
Suite 3000
Chicago, IL 60603

312-327-1777 phone
312-431-1456 fax

| SEND TO | |
|---|---|
| Company name | From |
| Messer & Stilp, Ltd. | Jonathan Nachsin |
| Attention | Date |
| Christopher R. Dunsing | ###### 6/25/2008 |
| Office location | Office location |
| Fax number | Phone number |
| 334-3404 | |

[ ] Urgent  [ ] Reply ASAP  [ ] Please comment  [x] Please review  [x] For your information

Total pages, including cover:  2

**COMMENTS**

THIS FAX MAY CONTAIN CONFIDENTIAL OR PRIVILEGED INFORMATION.
IF YOU HAVE RECEIVED THIS FAX IN ERROR, PLEASE DO NOT READ IT.
INSTEAD PLEASE NOTIFY US BY TELEPHONE OF YOUR RECEIPT.
THANK YOU.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NORMA ZABORNEY, | ) | |
| f/k/a NORMA PUGH, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
|    v. | ) | 08 C 3335 |
| | ) | Judge Lefkow |
| DEBT BUYERS, INC. | ) | |
| d/b/a FREEDOM CAPITAL., | ) | |
| | ) | |
|    Defendant. | ) | Jury trial demanded |

**CERTIFICATE OF SERVICE**

Jonathan Nachsin, an attorney, certifies that he caused a copy of the NOTICE OF ACCEPTANCE WITH OFFER OF JUDGMENT to be served by mailing a copy to all parties on the attached service list, by depositing same in the U.S. mailbox, 105 West Adams Street, Chicago, IL, via first class U.S. mail, postage prepaid, on August 1, 2008.

                                              /s/ Jonathan Nachsin

Jonathan Nachsin
JONATHAN NACHSIN, P.C.
105 West Adams Street, Suite 3000
Chicago, IL 60603
(312) 327-1777

Attorney for Plaintiff

SERVICE LIST

Christopher R. Dunsing
Messer & Stilp. Ltd.
166 West Washington Street
Suite 300
Chicago, IL 60602